US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 0 2 2011

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 6:11CR60031-001 |
| ) | |
| v.   ) | 21 U.S.C. § 841(a)(1) |
| ) | 18 U.S.C. § 922(g)(1) |
| ) | 18 U.S.C. § 924(a)(2) |
| CASEY GARNER   ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about August 24, 2011, in the Western District of Arkansas, Hot Springs Division, the defendant, **CASEY GARNER**, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely, heroin, a Schedule I controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

### COUNT TWO

On or about August 24, 2011, in the Western District of Arkansas, Hot Springs Division, the defendant, **CASEY GARNER**, having been previously convicted of a crime punishable by imprisonment exceeding one year, knowingly possessed any one or more of the following firearms: Ruger .44 magnum revolver, serial number 86-47361; Hi-Point .380 caliber semi-automatic pistol, serial number P876524; Stevens 12-gauge shotgun, no serial number, which had been shipped and transported in interstate commerce, in violation of Title 18, U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT THREE

On or about August 24, 2011, in the Western District of Arkansas, Hot Springs Division, the defendant, **CASEY GARNER,** did knowingly carry and use a firearm during and in relation to and possessed in furtherance of, a drug trafficking crime, for which he may be prosecuted in a court of the United States, that is, possession of a controlled substance, heroin, with intent to distribute, in violation of Title 18, U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Count Two of this Indictment.

Upon conviction of Count Two of this Indictment, the defendant, **CASEY GARNER,** shall forfeit to the United States pursuant to 18 U.S.C. §§ 924(d) and 3665 the firearm and ammunition used in the offense, to wit:

1. Ruger .44 magnum revolver, serial number 86-47361.
2. Hi-Point .380 caliber semi-automatic pistol, serial number P876524.
3. Stevens 12-gauge shotgun, no serial number.
4. Any ammunition involved in Count Two.

A True Bill.

/s/Grand Jury Foreperson
Foreperson

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: _____
David A. Harris
Assistant U. S. Attorney
Arkansas Bar No. 2003104
414 Parker Avenue
Fort Smith, AR  72901
479-783-5125
E-mail David.A.Harris@usdoj.gov