IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                            PLAINTIFF

v.                                           CASE 11-60031

CASEY GARNER                                                                         DEFENDANT

### O R D E R

    The Defendant appeared for an arraignment on an indictment filed in this case. The Defendant waived his right to a detention hearing and reserved his right to seek reconsideration of the issue of detention, should his circumstances change. Accordingly, the Defendant is ordered detained subject to reconsideration of pretrial detention on motion of the Defendant.

    SO ORDERED November 15, 2011.

    /s/ Barry A. Bryant
HONORABLE BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE