IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
**HOT SPRINGS DIVISION**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.                    CRIMINAL CASE NO. 6:11CR60031-001

CASEY GARNER                                                                                     DEFENDANT

## ORDER

Please take notice that the above styled cause is scheduled for jury trial on **December 28, 2011, at 9:00 a.m.**  The trial will take place in the United States District Courtroom, United States Post Office and Courthouse, 100 Reserve Street, Hot Springs, Arkansas.

Dated this 21st day of November, 2011.

                                       /s/ Susan O. Hickey
                                       **SUSAN O. HICKEY**
                                       **U.S. DISTRICT JUDGE**