## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**VS.**                        **NO. 6:11CR60031-001**

**CASEY GARNER**                                                **DEFENDANT**

### DEFENDANT'S MOTION FOR CONTINUANCE OF TRIAL

Comes now the Defendant, CASEY GARNER, by and through his attorney, MORSE U. GIST, JR., and for his motion states:

1. That this matter is currently scheduled for a Jury Trial on December 28, 2011, at 9:00 a.m. before this Honorable Court.

2. That the Defendant's attorney has received discovery from the government in this matter, but has not yet had an opportunity to review it with the Defendant.

3. That this motion is not made for purposes of delay, but for meritorious reasons.

4. That for purposes of speedy trial, this time should be charged to the Defendant.

5. That the Defendant is advised that the Government has no objections to this motion.

WHEREFORE, the Defendant does hereby respectfully request that his request for a continuance of the Jury Trial scheduled for December 28, 2011, at 9:00 a.m. before this Honorable Court be granted and for all other just and proper relief.

                                                          Respectfully submitted,

                                                          By: */s/ Morse U. Gist, Jr.*
                                                              Morse U. Gist, Jr.
                                                              Attorney at Law
                                                              225 Woodbine St.
                                                              Hot Springs, AR 71901
                                                              Ph: (501) 321-1136

                                                  Fax: (501) 321-1137
                                                  For:  Casey Garner

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of December, 2011, a true and correct copy of the foregoing was mailed to the Defendant and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

        Mr. David A. Harris
        Assistant United States Attorney
        United States Attorney's Office
        P.O. Box 1524
        Fort Smith, AR 72902

                                  By: _/s/ Morse U. Gist, Jr._
                                        Morse U. Gist, Jr.