IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

VS.                                           CASE NO. 6:11-CR-60031-001

CASEY GARNER                                                                        DEFENDANT

## ORDER

      Defendant Casey Garner has filed a motion for continuance, seeking to continue the trial currently scheduled to commence on December 28, 2011. (ECF No. 12). Upon review of the motion, the Court finds that the ends of justice served by the granting of the continuance outweighs the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Otherwise, Defendant would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

      The trial of this matter is hereby continued and will commence at 9:00 a.m. on February 16, 2012, at the United States Post Office and Courthouse, Hot Springs, Arkansas. The time between the trial date of December 28, 2011, and the new trial date of February 16, 2012, is excludable for speedy trial purposes. *See* 18 U.S.C. § 3161(h)(7)(A).

      IT IS SO ORDERED, this 13th day of December, 2011.

                                                  /s/ Susan O. Hickey
                                                  Hon. Susan O. Hickey
                                                  United States District Judge